UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ENOM, INC., a Nevada corporation,<br><br>　　　　　　　　Plaintiff,<br>vs.<br><br>DANIEL J. PHILBRICK, an individual; and DOVER SPORTS, INC., d/b/a PHILBRICK'S SPORTS, a New Hampshire corporation,<br><br>　　　　　　　　Defendants. | Case No.:<br><br>COMPLAINT FOR DECLARATORY JUDGMENT |

Plaintiff ENOM, INC., for its Complaint for Declaratory Judgment against Defendants DANIEL J. PHILBRICK and DOVER SPORTS, INC., d/b/a PHILBRICK'S SPORTS (collectively "Defendants"), alleges as follows:

**PARTIES**

1.　　Plaintiff ENOM, INC. ("eNom") is a corporation organized and existing under the laws of the State of Nevada, and having its principal place of business at 15801 NE 24th Street, Bellevue, Washington 98008.

2.　　Defendant DANIEL J. PHILBRICK ("Philbrick") is an individual residing at 185 Three Rivers Farm Road, Dover, New Hampshire 03820.

COMPLAINT FOR DECLARATORY
JUDGMENT - 1

MERCHANT & GOULD P.C.
701 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 342-6200

3385732V1

3. Defendant DOVER SPORTS, INC. ("Dover Sports") is a New Hampshire corporation with a principal place of business located at 161 Portland Avenue, Dover, NH 03820.

## JURISDICTION AND VENUE

4. This claim arises under the Declaratory Judgment Act, 28 U.S.C. §§2201 and 2202, and the United States Lanham Act, 15 U.S.C. §1051 *et seq.* More particularly, this action is brought for the purpose of determining a question of actual controversy concerning allegations of cybersquatting, cyberpiracy of personal names, false designation of origin, false advertising, state and common law trademark infringement and unfair competition, unjust enrichment and invasion of privacy made by Defendants against eNom.

5. Upon information and belief, the amount in controversy in this matter is in excess of $75,000.00

6. This Court has subject matter jurisdiction over this controversy by virtue of 28 U.S.C. §§1331, 1332 and 1338.

7. This Court, on information and belief, has personal jurisdiction over Defendants by virtue of their doing business within the State of Washington and their contacts with the State of Washington commensurate with the United States and Washington Constitutions, so as to submit themselves to the jurisdiction and process of this Court.

8. Venue is proper in this District pursuant to 28 U.S.C. §§1391(b) and 1391(c).

## RELEVANT FACTUAL BASIS FOR THE PRESENT ACTION

9. eNom is a leading online provider of domain name registration and other online services to small and home-based businesses, individuals, traffic aggregators and

COMPLAINT FOR DECLARATORY JUDGMENT - 2

MERCHANT & GOULD P.C.
701 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 342-6200

3385732V1

resellers. eNom is the second largest domain name registrar worldwide, and the number one registrar for resellers, with the largest, most active distribution network in the domain industry. eNom is accredited by the Internet Corporation for Assigned Names and Numbers (ICANN).

10. As an ICANN-accredited domain name registrar, eNom is required to enter into a Registration Agreement with each registrant that registers or seeks to register a domain name with eNom (Ex. 1), which incorporates ICANN's Uniform Domain Name Dispute Resolution Policy (UDRP). Under the UDRP, a registrar such as eNom must maintain the status quo with respect to any domain name that is the subject of an ownership dispute, by not transferring or deleting any such domain name as long as such a dispute remains pending.

11. Dover Sports operates a retail sporting goods store in Dover, New Hampshire under the trade name "Philbrick's Sports Center", and does business over the Internet in association with a website accessible through the URL www.philbricks.com. Philbrick is the President of Dover Sports.

12. On July 17, 2007, Defendants filed a complaint against eNom in the United States District Court for the District of New Hampshire, alleging that eNom engaged in unlawful conduct in association with eNom's alleged registration, use and/or trafficking in two Internet domain names, <philbricksports.com> and <philbricksports.net> (the "Disputed Domains"). Specifically, Defendants asserted claims against eNom for (i) cybersquatting under the Anticybersquatting Consumer Protection Act, 15 U.S.C. §1125(d), (ii) cyberpiracy of personal names under 15 U.S.C. §1129, (iii) false designation of origin under the Lanham Act, 15 U.S.C. §1125(a), (iv) false advertising under the Lanham Act, 15 U.S.C. §1125(a), (v)

COMPLAINT FOR DECLARATORY
JUDGMENT - 3

MERCHANT & GOULD P.C.
701 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 342-6200

3385732V1

violation of the New Hampshire Consumer Protection Act, N.H. RSA 358-A, (vi) common law trademark and trade name infringement and unfair competition, (vii) common law unfair competition, (viii) unjust enrichment, and (ix) invasion of privacy – false light. That case was assigned Civil Action No. 1:07-cv-00215, and is currently pending before the District Court for the District of New Hampshire (hereinafter referred to as the "New Hampshire Litigation").

13.   On September 18, 2007, eNom filed its Answer in the New Hampshire Litigation, and denied that it had engaged in any of the unlawful conduct alleged by Defendants with respect to the Disputed Domains.

14.   On or about October 11, 2007, eNom registered the following domain names on behalf of Defendants without charge, and with Defendants' express authorization: <phillbricksports.net>, <myphilbricsports.com>, <philbricsports.com>, <philbriksports.com>, <myphilbriksports.com>, <thephilbriksports.com>, <freephillbricksports.com>, <myphillbricksports.com>, <newphillbricksports.com>, <officialphillbricksports.com>, <phillbricksport.com>, <phillbricksports.org>, <phillbricksportscentral.com>, <thephillbricksports.com>, <webphillbricksports.com>, <yourphillbricksports.com>, <justphilbricksport.com>, <officialphilbricksport.com>, <philbricksportsite.com>, <philbrickssport.com>, <yourphilbricksport.com>, <philsbricksports.com>, <philbricksportsonline.com>, <phsilbricksports.com>, <phiilbricksports.com>, <phiilbricksports.net>, <myphiilbricksports.com>, <thephiilbricksports.com>, <philbricksportes.com>, <myphilbricksportes.com>, <thephilbricksportes.com>, <bestphilbricksportes.com>, <yourphilbricksportes.com>, <philbricksportessite.com>,

COMPLAINT FOR DECLARATORY JUDGMENT - 4

MERCHANT & GOULD P.C.
701 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 342-6200

3385732V1

<philsbricksport.com>, <philsbricksports.com>, <myphilbricksports.com>, <thephilbricksports.com>, <philbricksportsonline.com>, and <philbrickesports.com> (hereinafter referred to as the "Philbrick Domains").

15. By expressly authorizing eNom to register the Philbrick Domains on their behalf, Defendants expressly entered into, adopted and/or acquiesced to eNom's Registration Agreement (Ex. 1), which governs eNom's registration of domain names to or on behalf of third party registrants.

16. Immediately upon registering the Philbrick Domains on Defendants' behalf, those domain names were placed into a special registrant account created by eNom for Defendants (the "Philbrick Account"). The WHOIS record for each of the Philbrick Domains identifies the Registrant as "Philbrick's Sports" (Ex. 2).

17. On or about March 5, 2008, eNom registered another domain name on behalf of Defendants, <philbrickssports.net>. Shortly after registering the <philbrickssports.net> domain name on Defendants' behalf, eNom likewise transferred that domain name to the Philbrick Account. The WHOIS record for <philbrickssports.net> likewise identifies the Registrant as "Philbrick's Sports" (Ex. 3).

18. By authorizing eNom to register the <philbrickssports.net> domain name on their behalf and/or consenting to the transfer of that domain name to the Philbrick Account, Defendants once again expressly entered into, adopted and/or acquiesced to eNom's Registration Agreement.

19. On or about July 23, 2008, Defendants served eNom with their responses to interrogatories propounded by eNom in the New Hampshire Litigation. In those responses,

COMPLAINT FOR DECLARATORY
JUDGMENT - 5

MERCHANT & GOULD P.C.
701 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 342-6200

3385732V1

Defendants alleged that eNom engaged in unlawful conduct after the filing of the New Hampshire Litigation by allegedly registering, using and/or trafficking in the <philbrickssports.net> domain name.

20. Within the last seven days, counsel for Defendants has advised counsel for eNom that Defendants intend to seek leave to amend their complaint in the New Hampshire Litigation to assert additional claims against eNom relating to eNom's alleged registration, use and/or trafficking in the <philbrickssports.net> domain name.

21. Defendants' allegations of unlawful conduct by eNom relating to the <philbrickssports.net> domain name, coupled with Defendants' counsel's statements that Defendants intend to assert additional claims against eNom relating to the <philbrickssports.net> domain name, have created an objectively reasonable apprehension on the part of eNom that Defendants will initiate suit against them, alleging, *inter alia*, cybersquatting, trademark infringement and unfair competition, among other related claims, with respect to the <philbrickssports.net> domain name.

22. eNom's alleged registering, using and/or trafficking in the <philbrickssports.net> domain name does not constitute (i) a violation of the Anticybersquatting Consumer Protection Act, 15 U.S.C. §1125(d), (ii) cyberpiracy of personal names under 15 U.S.C. §1129, (iii) false designation of origin under the Lanham Act, 15 U.S.C. §1125(a), (iv) false advertising under the Lanham Act, 15 U.S.C. §1125(a), (v) violation of the New Hampshire Consumer Protection Act, N.H. RSA 358-A, (vi) common law trademark and trade name infringement and unfair competition, (vii) common law unfair

COMPLAINT FOR DECLARATORY
JUDGMENT - 6

MERCHANT & GOULD P.C.
701 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 342-6200

3385732V1

competition, (viii) unjust enrichment, (ix) invasion of privacy – false light, or violate any other federal, state or common law.

23. Moreover, any claims which Defendants may have against eNom relating to eNom's alleged registering, using and/or trafficking in the <philbrickssports.net> domain name are barred by the equitable doctrines of laches, estoppel, waiver and/or acquiescence, as a result of Defendants having authorized eNom to register the <philbrickssports.net> domain name on their behalf and/or consented to the transfer of that domain name to the Philbrick Account.

24. The registrations for each of the Philbrick Domains are presently scheduled to expire on or about October 11, 2008. Defendants have expressly requested in writing that eNom continue to maintain the status quo with respect to the registrations for the Philbrick Domains, until the New Hampshire Litigation is resolved, by not transferring or deleting the Philbrick Domains, even though the Philbrick Domains are not mentioned in Defendants' complaint in the New Hampshire Litigation.

25. In the event that the New Hampshire Litigation is not resolved by October 11, 2008, maintaining the status quo with respect to the Philbrick Domains will require eNom to renew the Philbrick Domains for an additional year, at eNom's sole expense.

26. Because the Philbrick Domains are not the subject of any dispute as to their rightful ownership, eNom is not legally obligated, under the UDRP, its Registration Agreement, or otherwise, to renew the Philbrick Domains.

COMPLAINT FOR DECLARATORY
JUDGMENT - 7

MERCHANT & GOULD P.C.
701 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 342-6200

3385732V1

# **PRAYER FOR RELIEF**

WHEREFORE, eNom prays that this Court enter judgment and grant relief as follows:

A. Declaring that eNom's alleged registering, using and/or trafficking in the <philbrickssports.net> domain name does not comprise unlawful cybersquatting under 15 U.S.C. §1125(d);

B. Declaring that eNom's alleged registering, using and/or trafficking in the <philbrickssports.net> domain name does not comprise cyberpiracy of personal names under 15 U.S.C. §1129;

C. Declaring that eNom's alleged registering, using and/or trafficking in the <philbrickssports.net> domain name does not comprise a false designation of origin under 15 U.S.C. §1125(a);

D. Declaring that eNom's alleged registering, using and/or trafficking in the <philbrickssports.net> domain name does not comprise unfair competition or false advertising under 15 U.S.C. §1125(a);

E. Declaring that eNom's alleged registering, using and/or trafficking in the <philbrickssports.net> domain name does not comprise a violation of the New Hampshire Consumer Protection Act, N.H. RSA 358-A;

F. Declaring that eNom's alleged registering, using and/or trafficking in the <philbrickssports.net> domain name does not comprise trademark and tradename infringement under the common law;

COMPLAINT FOR DECLARATORY
JUDGMENT - 8

MERCHANT & GOULD P.C.
701 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 342-6200

3385732V1

G.    Declaring that eNom's alleged registering, using and/or trafficking in the <philbrickssports.net> domain name does not comprise unfair competition under the common law;

H.    Declaring that eNom was not unjustly enriched as a result of its alleged registering, using and/or trafficking in the <philbrickssports.net> domain name;

I.    Declaring that eNom's alleged registering, using and/or trafficking in the <philbrickssports.net> domain name does not comprise a tortious invasion of privacy or cast Philbrick in a false light;

J.    Declaring that Defendants are barred from asserting any claims against eNom relating to eNom's alleged registering, using and/or trafficking in the <philbrickssports.net> domain name, under the equitable doctrines of laches, estoppel, waiver and/or acquiescence.

K.    Declaring that eNom has no legal obligation to renew the Philbrick Domains;

L.    Declaring this case to be an exceptional one within the meaning of 15 U.S.C. §1117(a) and awarding eNom its reasonable attorney fees; and

M.    Awarding eNom such other, further relief as this Court may deem to be just and proper.

## JURY DEMAND

eNom respectfully demands a trial by jury in the above-captioned matter for all claims which are triable to a jury.

COMPLAINT FOR DECLARATORY JUDGMENT - 9

MERCHANT & GOULD P.C.
701 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 342-6200

3385732V1

Respectfully submitted this 27th day of August, 2008.

        MERCHANT & GOULD P.C.

By: */Kaustuv Mukul Das/*
Brian G. Bodine, WSBA No. 22414
Kaustuv M. Das, WSBA No. 34411
701 Fifth Avenue, Suite 4100
Seattle, Washington 98104
Tel: (206) 342-6200
Facsimile: (206) 342-6201
E-mail: bbodine@merchantgould.com

Paul D. McGrady, Jr. (*pro hac vice* pending)
Jeffrey P. Dunning (*pro hac vice* pending)
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 2500
Chicago, IL 60601
Tel: (312) 456-8400
E-mail: DunningJ@gtlaw.com

Attorneys for Plaintiff eNom, Inc.

COMPLAINT FOR DECLARATORY JUDGMENT - 10

MERCHANT & GOULD P.C.
701 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 342-6200

3385732V1

CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2008, I caused the foregoing Complaint for Declaratory Judgment to be filed with the Clerk of the Court using the CM/ECF system.

/s/ Kaustuv M. Das

COMPLAINT FOR DECLARATORY
JUDGMENT - 11

MERCHANT & GOULD P.C.
701 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 342-6200

3385732V1